# UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

| | |
|---|---|
| **STANLEY BLACK & DECKER, INC.,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**UNITED STATES; JOSEPH R. BIDEN, JR.,** in his official capacity as **PRESIDENT OF THE UNITED STATES; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER** in his official capacity as **SENIOR OFFICIAL PERFORMING THE DUTIES OF COMMISIONER OF U.S. CUSTOMS & BORDER PROTECTION; UNITED STATES DEPARTMENT OF COMMERCE;** and **GINA M. RAIMONDO** in her official capacity as **SECRETARY OF COMMERCE,**<br><br>　　　　　　　　　　**Defendants.** | **Court No. 21-00262-TCS-JCG-MMB**<br><br>**PUBLIC VERSION** |

## ORDER

Upon consideration of the Consent Motion to Enjoin Liquidation of Unliquidated Entries Subject to Proclamation 9980 filed by Stanley Black & Decker, Inc. and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED**: That, by consent of the parties, the following order is **ENTERED**:

**ORDERED** that United States Customs and Border Protection is enjoined from liquidating entries that remain unliquidated as of the date of this order and that were filed on or after 12:01 am, February 8, 2020, by Stanley Black and Decker, Inc., and/or its subsidiary Black & Decker (US), Inc. (Importer Numbers [ *Plaintiff's Importer Identification Numbers* ]) of

articles that are subject to duty deposits pursuant to Proclamation 9980 published at 85 Fed. Reg. 5281 (January 29, 2020);

**IT IS FURTHER ORDERED** that this Order shall be effective from the date of issuance until the date of final resolution of the merits of this case, including through any appellate process, or until the injunction is otherwise dissolved or modified by this Court.

**SO ORDERED.**

/s/  Timothy C. Stanceu
Timothy C. Stanceu, Judge

/s/  Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:   August 18   , 2021
New York, New York

/s/  M. Miller Baker
M. Miller Baker, Judge