# UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES; JOSEPH R. BIDEN, JR., in his official capacity as PRESIDENT OF THE UNITED STATES; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER in his official capacity as SENIOR OFFICIAL PERFORMING THE DUTIES OF COMMISIONER OF U.S. CUSTOMS & BORDER PROTECTION; UNITED STATES DEPARTMENT OF COMMERCE; and GINA M. RAIMONDO in her official capacity as SECRETARY OF COMMERCE,<br><br>               Defendants. | Court No. 21-00262-TCS-JCG-MMB |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Stay, and upon other papers and proceedings herein, and upon due deliberation, it is hereby:

**ORDERED** that Plaintiff's Consent Motion be granted; and it is further,

**ORDERED** that, except for the Court's consideration of procedural motions (a) to amend the Complaint, and (b) requesting an injunction against liquidation of entries, the above-captioned matter is stayed until 65 days after a final decision in *PrimeSource Building Products, Inc. v. United States, et. al.*, No. 20-00032, 2021 Ct. Intl.

Trade LEXIS 36 (Ct. Int'l Trade Apr. 5, 2021), *appeal docketed*, 21-2066 (Fed. Cir. June 17, 2021), and it is further

**ORDERED** that the parties shall file a joint status report on the 65th day after a final decision in *PrimeSource*, setting forth the parties' position concerning disposition of this matter including, if appropriate, a date for defendant to file a response to the complaint.

**SO ORDERED.**

/s/  Timothy C. Stanceu
Timothy C. Stanceu, Judge

/s/  Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

/s/  M. Miller Baker
M. Miller Baker, Judge

Dated:   August 18  , 2021
New York, New York