# UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

| | |
|---|---|
| **STANLEY BLACK & DECKER, INC.,**<br><br>               **Plaintiff,**<br><br>     v.<br><br>**UNITED STATES; JOSEPH R. BIDEN, JR., in his official capacity as PRESIDENT OF THE UNITED STATES; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER in his official capacity as SENIOR OFFICIAL PERFORMING THE DUTIES OF COMMISIONER OF U.S. CUSTOMS & BORDER PROTECTION; UNITED STATES DEPARTMENT OF COMMERCE; and GINA M. RAIMONDO in her official capacity as SECRETARY OF COMMERCE,**<br><br>               **Defendants.** | **Court No. 21-00262-TCS-JCG-MMB** |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rules 7 and 41 of the Rules of this court, plaintiff Stanley Black & Decker, Inc. hereby moves for an Order granting voluntary dismissal of this matter. This motion is made following the decision of the U.S. Court of Appeals in *Primesource Building Products, Inc. v. United States*, 59 F. 4th 1255 (Fed. Cir. 2023) and the subsequent denial of certiorari by the United States Supreme Court.

This matter has been stayed since its inception, pending final resolution of *Primesource*. As the Court of Appeals' decision in *Primesource* effectively resolves the issues in this matter,

it is no longer necessary for this Court to render a decision.  Stanley accordingly requests that the Court issue an order voluntarily dismissing this action.

For the foregoing reasons, plaintiff Stanley Black & Decker, Inc. respectfully requests this Court to grant its motion to voluntarily dismiss this matter.

Respectfully submitted,

*/s/ Lawrence J. Bogard*

Lawrence J. Bogard
John B. Totaro, Jr.
Neville Peterson LLP
1310 L Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 776-1150
(301) 651-4040

November 21, 2023